UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL L. OLIWA, Individually, and<br>CAROL L. OLIWA, Conservator for<br>JOSEPH S. OLIWA,<br><br>       Plaintiffs,<br>       v.<br><br>AMERICAN ADJUSTMENT BUREAU,<br>INC.,<br><br>       Defendant. | Case No.: 3:14-cv-01870-JAM |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

| | |
|---|---|
| */s /Michael J. Dugan* | */s/ Angela K. Troccoli* |
| Michael J. Dugan | Angela K. Troccoli, Esquire |
| Bar Id # 18669 | Bar Id # ct28597 |
| Litchfield Cavo LLP | Kimmel & Silverman, P.C. |
| 40 Tower Lane, Suite 200 | *The New England Office* |
| Avon, CT 06001 | 136 Main Street, Ste. 301 |
| Phone: (860) 255-5565 | Danielson, CT 06239 |
| Fax: (860) 255-5566 | Phone: (860) 866-4380 |
| dugan@litchfieldcavo.com | atroccoli@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: March 26, 2015 | Date: March 26, 2015 |

BY THE COURT:

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certified that on March 26, 2015 I electronically the foregoing by using the CM/ECF system, which will send notification to the following:

Michael J. Dugan, Esq.
Litchfield Cavo LLP
40 Tower Lane, Suite 200
Avon, CT 06001
dugan@litchfieldcavo.com

By: */s/ Angela K. Troccoli*